UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IVAN VELIUS, | : | HONORABLE JOSEPH E. IRENAS |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 09-53 (JEI/JS) |
| v. | : | |
| | : | **ORDER DENYING DEFENDANTS'** |
| | : | **MOTION TO ALTER THE JUDGMENT** |
| TOWNSHIP OF HAMILTON, ET AL., | : | **(Docket # 40)** |
| | : | |
| Defendants. | : | |
| | : | |

ABRAMSON & DENENBERG, P.C.
By:  Thomas Bruno, II, Esq.
1315 Walnut Street, 12th Floor
Philadelphia, Pennsylvania 19107
            Counsel for Plaintiff

BARKER, SCOTT & GELFAND, P.C.
By:  A. Michael Barker, Esq.
Linwood Green- Suite 12
210 New Road
Linwood, New Jersey 08221
            Counsel for Defendants


**IRENAS**, Senior District Judge:

     This matter having appeared before the Court upon

Defendants' Motion to Alter the Judgment pursuant to Fed. R. Civ.

P. 59(e), the Court having considered the submissions of the

parties, for the reasons set forth in an Opinion issued by this

Court on even date herewith, which findings of fact and

conclusions of law are incorporated herein by reference, and for

good cause appearing;

**IT IS** on this 7th day of December, 2010,

      **ORDERED THAT:**

      Defendants' Motion to Alter the Judgment (Docket #40) is

hereby **DENIED.**


                                   __s/ Joseph E. Irenas_____

                                   **JOSEPH E. IRENAS**

                                   Senior United States District Judge