```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| IVAN VELIUS, | : | HONORABLE JOSEPH E. IRENAS |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 09-53 (JEI/JS) |
| v. | : | |
| | : | **ORDER GRANTING PLAINTIFF'S** |
| | : | **MOTION FOR ATTORNEY'S FEES** |
| TOWNSHIP OF HAMILTON, ET AL., | : | **(Docket # 39)** |
| | : | |
| Defendants. | : | |

ABRAMSON & DENENBERG, P.C.
By: Thomas Bruno, II, Esq.
1315 Walnut Street, 12th Floor
Philadelphia, Pennsylvania 19107
          Counsel for Plaintiff

BARKER, SCOTT & GELFAND, P.C.
By: A. Michael Barker, Esq.
Linwood Green- Suite 12
210 New Road
Linwood, New Jersey 08221
          Counsel for Defendants

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 1988 (Docket #39), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, which findings of fact and conclusions of law are incorporated herein by reference, and for good cause appearing;

1

**IT IS** on this 10th day of January, 2011,

**ORDERED THAT:**

(1)   Plaintiff's Motion for Attorney's Fees (Docket #39) is hereby **GRANTED.**

(2)   Plaintiff is hereby awarded $2259.00 in attorney's fees.  An Amended Judgment reflecting the fee award accompanies this Order.


           s/ Joseph E. Irenas
          **JOSEPH E. IRENAS**
          Senior United States District Judge