```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| IVAN VELIUS, | : | HONORABLE JOSEPH E. IRENAS |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 09-53 (JEI/JS) |
| v. | : | |
| | : | **ORDER DENYING PLAINTIFF'S** |
| | : | **MOTION FOR ATTORNEY'S FEES** |
| TOWNSHIP OF HAMILTON, ET AL., | : | **AND APPLICATION FOR** |
| | : | **ATTORNEY'S FEES** |
| Defendants. | : | **(Dkt. Nos. 39 & 63)** |

ABRAMSON & DENENBERG, P.C.
By: Thomas Bruno, II, Esq.
1315 Walnut Street, 12th Floor
Philadelphia, Pennsylvania 19107
          Counsel for Plaintiff

BARKER, SCOTT & GELFAND, P.C.
By: A. Michael Barker, Esq.
Linwood Green – Suite 12
210 New Road
Linwood, New Jersey 08221
          Counsel for Defendants

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Plaintiff's Motion for Attorney's Fees pursuant to 42 U.S.C. § 1988 (Dkt. No. 39); the Court's previous award having been vacated by the Third Circuit, see *Velius v. Twp. of Hamilton*, 2012 U.S. App. LEXIS 5009 (3d Cir. March 9, 2012); the Third Circuit remanding further Plaintiff/Appellee's Application for Attorney's Fees (Dkt No. 63); the Court having reviewed the

1

parties' submissions; for the reasons set forth in an Opinion issued by this Court on June 22, 2012; and for good cause appearing;

IT IS on this 25th day of June, 2011,

**ORDERED THAT:**

(1) Plaintiff's Motion for Attorney's Fees (Dkt No. 39) is hereby **DENIED.**

(2) Plaintiff's Application for Attorney's Fees (Dkt No. 63) is hereby **DENIED.**

(3) The Clerk of Court is hereby directed to **CLOSE THIS FILE.**

_____
**JOSEPH E. IRENAS**
Senior United States District Judge