AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     New Jersey

IVAN VELIUS,

            Plaintiff,

V.

TOWNSHIP OF HAMILTON, et al.,

            Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**

Case Number:     Civ. 09-53 (JEI) (JS)

**X Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.**

IT IS ORDERED AND ADJUDGED that judgment in the amount of $1.00 is entered in favor of Plaintiff Ivan Velius and against Defendants Francis Smyth and Kevin Zippilli; it is further

ORDERED that judgment of no cause of action is entered in favor of Defendant James Jacobi and against Plaintiff Ivan Velius; it is further

ORDERED that no attorneys' fees are awarded in favor of Plaintiff Ivan Velius.

6/25/12
Date

Joseph E. Irenas, Senior United States District Judge